L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939
Facsimile (213) 388-2411

Attorney for Debtor/Movant

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO DIVISION

IN RE

OSMIN CHEVEZ,

        Debtor/Movant

) Chapter 7
) Case No. 09- 23771
)
) **MOTION FOR AUTHORITY TO INCUR**
) **SECURED DEBT FOR THE PURPOSE**
) **OF MODIFYING THE TERMS OF AN**
) **EXISITING SECURED LOAN FOR REAL**
) **PROPERTY AND NOTICE OF THE**
) **OPPORTUNITY TO OBJECT**
)
) Date:       APRIL 14, 2010
) Time:      10:00AM
) Location: 21041 Burbank Blvd,
)               Woodland Hills, CA 91367
) Courtroom: 342
)

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; AMY L. GOLDMAN, CHAPTER 7 TRUSTEE; BANK OF AMERICA HOME LOANS, LP, RESPONDENT; AND ALL OTHER INTERESTED PARTIES:

    **PLEASE TAKE NOTICE** that on March 6, 2010 at 08:30 A.M.., or as soon thereafter as the matter may be heard, in Courtroom 302 of the above-entitled court, located at 21051 Warner Center Lane, Woodland Hills, CA 91367.

    Debtor, Osmin Chevez, through undersigned counsel, L. Bishop Austin, will move the

Honorable Court to seek Court authority to incur secured debt for the purpose of modifying the terms of an existing secured loan for real property, and submits the following information regarding the modified loan and request the court to approve the terms of the attached loan modification agreement.

1. The address of the real property is 37422 Yorkshire Dr., Palmdale, California 93550.

2. The holder of the secured claim is Bank of America Home Loans Servicing, LP.

3. The amount of the proposed modified secured claim is $291,520.11. This amount includes pre-petition and post-petition arrears that are not being paid through the plan.

4. The monthly amount of the modified secured claim payment is $1,229.31. This amount does not include real estate taxes and hazard insurance to be escrowed by the holder of the modified secured claim. The monthly escrow amount is $345.34. The current monthly secured claim payment is $1,574.65.

5. **INTEREST TERMS:**

   **Adjustable rate loan** with a fixed interest rate of 2.000% for the duration of 1 year; then interest will adjust every year. The total loan duration is 30 years.

   a. Rate adjustment is limited to an increase of 1 % per each adjustment.
   b. Rate adjustment over the life of the loan is limited to 4.000% as specified below.

   A. **The First change date** shall occur on the 1st day of February 2010 at which time the interest rate shall be 2.000%. The monthly principal and interest shall be $1,229.31 and shall be due and payable on the 1st day of March 2010

-2-

and continuing thereafter on the same day of each succeeding month until 1st day of February 2012.

    B.    **The second Change Date** shall occur on the 1st day of February 2012 at which time the interest rate shall be 3.000%. The monthly principal and interest payment shall be $1,365.31 and shall be due and payable on the 1st day of March 2012 and continuing thereafter on the same day of each succeeding month until 1st day of February 2013.

    C.    **The Third Change Date** shall occur on the 1st day of February 2013 at which time the interest rate shall be 4.000%. The monthly principal and interest payment shall be $1,504.08 and shall be due and payable on the 1st day of March 2013 and continuing thereafter on the same day of each succeeding month until 1st of February 2014. Thereafter, monthly principal and interest payment shall remain the same until such time as the principal and interest due under the Note are paid in full.

6.    The loan modification will not alter or affect the status of priority of any other existing liens(s) on the real property.

7.    The Debtor has advised the holder of the modified secured claim that it must either file an amended proof of claim or withdraw the filed proof of claim within 30 days of the closing of the loan modification transaction.

WHEREFORE, the Debtor submits that this loan modification is in the best interest of the Debtor and the creditors as it will increase the feasibility of the Chapter 13 plan upon the Courts order converting this case to Chapter 13.

Pursuant to Local Rule 9013-1(1) (g), any response to this motion shall be filed with the Clerk of the Court and served on all interest parties no later than fourteen (14) days prior to the

above hearing date. Failure to do so may be deemed as a waiver of the objection to the foregoing.

Date: March 29, 2010.                              Respectfully submitted,

/s/ OSMIN CHEVEZ
Debtor

/s/ L. Bishop Austin
L. Bishop Austin (SBN 175497)
Attorney for Debtor Osmin Chavez

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action. My business mailing address is 3250 Wilshire Blvd., Ste 1500, Los Angeles, California 90010.

On March 29, 2010, I served the following document described as **NOTICE OF DEBTORS MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISITING SECURED LOAN FOR REAL PROPERTY AND NOTICE OF THE OPPORTUNITY TO OBJECT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Mailing List*

[ x ] **BY MAIL:** I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in Los Angeles, California, for delivery as addressed above.

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 29, 2010 at Los Angeles, California.

/s/ Brandon Fontenot
Brandon Fontenot

```
 1

 2
    OSMIN CHEVEZ
 3  37422 YORKSHIRE DRIVE
    PALMDALE, CA 93550
 4

    L. BISHOP AUSTIN
 5  L. BISHOP AUSTIN & ASSOCIATES
 6  3250 WILSHIRE BLVD., STE 1500
    LOS ANGELES, CA 90010
 7
    Chapter 7 Trustee
 8  Amy L Goldman
 9  221 N. Figueroa Streets,
    Suite 200
10  Los Angeles, CA 90012

11
    BANK OF AMERICA HOME LOANS
12  ATTN: SCOTT BRYSON
    2375 N GLENVILLE DR.
13  RICHARDSON, TX. 75083

14
    MILES, BAUER, BERGSTROM
15  & wINTERS
    1665 SCENIC AVE., SUITE 200
16  COSTA MESA, CA 92626

17
    JP CHASE HOME MORTGAGE
18  CT CORPORATION
    818 W SEVENTH STREET
19  LOS ANGELES, CA 90017

20
    WASHINGTON MUTUAL BANK
21  11200 W PARKLAND AVE
    MILWAUKEE, WI  53201
22

23

24

25

26

27

28
```

# Bank of America Home Loans

Leroy Bishop Austin

RE:  Loan Modification Offer Related to BK case#         09 - 23771

Please find enclosed a loan modification offered to your client from BAC Home Loans Servicing, LP. If accepted and approved by the bankruptcy court, the modification payment will take effect on **03/01/2010**.

In order for the modification to be completed, we must receive the executed documents, **along with court approval** within (10) days of the modification effective date (above). Failure to obtain court approval and return the above requested documents will result in automatic cancellation of this offer.

Please return a copy of the court approval and signed docs using the enclosed FEDEX envelope to the address below:

Bank of America Home Loans
Attn: Scott Bryson
2375 N. Glenville Dr
Richardson TX, 75082
TX2-983-05-01

If you have any questions related to the terms of the enclosed offer, please contact Bankruptcy Department in the Home Retention Division at 972.498.2502 and please reference loan #70572870

Thank you!
Bank of America Home Loans

CC:

MILES, BAUER, BERGSTROM & WINTERS
1665 SCENIC AVE., SUITE 200
COSTA MESA, CA          92626

# Bank of America

This letter does not stop, waive or postpone the collection actions, or credit reporting actions we have taken or contemplate taking against you and the property. In the event that you do not or cannot fulfill ALL of the terms and conditions of this letter no later than January 22, 2010, we will continue our collections actions without giving you additional notices or response periods.

The following documents have been enclosed:

**Modification Agreement**
Must be signed in the presence of a Notary. The notary acknowledgment must be in recordable form. All parties who own an interest in the property must sign the modification agreement as their name appears.

**California All Purpose Acknowledgment**
This document will only be used if the loan modification agreement is being executed in the state of California. It will be utilized by a notary of the state of California in place of the notary section contained in the Loan Modification Agreement.

The following documents may have been included if applicable to your loan:

**PayOption Loan Disclosure**
All parties who own an interest in the property must sign the PayOption Loan Disclosure as their name appears.

**Bankruptcy Disclosure**
All parties who own an interest in the property must sign the Bankrutpcy Disclosure as their name appears.

Please return all of the enclosed documents to us in the enclosed pre-paid FED EX envelope no later than January 21, 2010 together with a certified check or money order (with loan number on the check) in the amount of $0.00 to the following address:

BAC Home Loans Servicing, LP
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

THANK YOU FOR YOUR BUSINESS

HOPE Department

# Bank of America

BAC Home Loans Servicing, LP
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

January 7, 2010

| | |
|---|---|
| Loan# | 70572870 |
| Property Address: | 37422 YORKSHIRE DR PALMDALE, CA 93550 |

OSMIN CHEVEZ
37422 Yorkshire Dr
Palmdale    CA  93550 - 6275

## IMPORTANT MESSAGE ABOUT YOUR LOAN

We are pleased to advise you that your loan modification has been approved. In order for the modification to be valid, the enclosed documents need to be signed, notarized, and returned with the requested certified funds.

The following amounts will be added to your current principal balance, resulting in a modified principal balance of $241,520.11 prior to your first payment date. The amount added to your loan is:

| | |
|---|---|
| Interest: | $11,265.95 |
| Fees: | $0.00 |
| Escrow: | $3,052.78 |
| Total: | $14,318.73 |

Your new modified monthly payment will be $1,574.65, effective with your March 1, 2010 payment. This payment is subject to change if your escrow account is reanalyzed or if you have a step rate or adjustable rate loan type.

A breakdown of your payment is as follows:

| | |
|---|---|
| Principal and Interest | $1,229.31 |
| Escrow / Option ins: | $345.34 |
| Total Payment | $1,574.65 |

## WHAT YOU SHOULD DO

The following amount must be paid in CERTIFIED FUNDS in order for the modification to become effective:

| | |
|---|---|
| Modification Fee: | $0.00 |
| Title and Recording Fees: | $0.00 |
| Delinquent Escrow: | $0.00 |
| Foreclosure Fees: | $0.00 |
| Bankruptcy Fees: | $0.00 |
| Field Inspection Fees: | $0.00 |
| Outstanding Late Charges: | $0.00 |
| NSF/Misc. Fees: | $0.00 |
| Delinquent Mortgage Payment(s): | $0.00 |
| Modified Mortgage Payment(s): | $0.00 |
| Partial Payment: | $0.00 |
| Total Amount Due: | $0.00 |

This offer is contingent on the following:

- Copy of your most recent supporting income receipts (pay stubs). If you are self-employed, please include the last 2 quarters of your Profit and Loss Statements (PL Statements). If you have recently secured new employment, please include a letter from your employer verifying net and gross income. Please do not send originals.

- A lender's title insurance policy or endorsement, which insures the Modified Mortgage as a valid lien in accordance with our requirements. If you have any other encumbrances on the property, then you may be required to obtain agreements by which other secured creditors subordinate their interest to the Modified Mortgage.

This offer is contingent upon BAC Home Loans Servicing, LP receiving relief from the Automatic Stay for any bankruptcy in which the property referred to in the Loan Modification Agreement is included at the time of the modification.

If any issues arise between the date of this commitment and the date on which all of the terms and conditions of this letter are finalized, including, but not limited to, deterioration in the condition of the property, lawsuits, liens, additional expenses and defaulted amount, then we may terminate this offer and pursue all collection action, including foreclosure.

RECORDING REQUESTED BY:
BAC Home Loans Servicing, LP
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

Loan #: 70572870

—————————————— FOR INTERNAL USE ONLY ——————————————

# LOAN MODIFICATION AGREEMENT
## (Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 7th day of January 2010, between OSMIN CHEVEZ, and BAC Home Loans Servicing, LP (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 3rd day of March 2005 and in the amount of $250,000.00 and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the 'Property', located at 37422 YORKSHIRE DR, PALMDALE, CA 93550.

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of March 2010, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $291,520.11 consisting of the amount(s) loaned to the Borrower by the Lender which may include, are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of (See Attached Addendum) from the 1st day of February 2010. The Borrower promises to make monthly payments of principal and interest of U.S. (See Attached Addendum) beginning on the 1st day of March 2010, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on the 1st day of April 2035 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

3. The Borrower will make such payments at 4500 Amon Carter Blvd., Fort Worth, TX 76155 or at such other place as the Lender may require.

4. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

5. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing.

_____          _____
OSMIN CHEVEZ                                Dated


STATE OF _____
COUNTY OF _____
On _____ Before _____
Notary Public, personally appeared _____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.    _____
                                       Signature

BAC Home Loans Servicing, LP is a subsidiary of Bank of America, N.A.          BA2 Loan# 70572870          Page 1 of 2

Date: January 7, 2010
RE: BA2 Loan# 70572870
Mortgagor: OSMIN CHEVEZ
Property Address: 37422 YORKSHIRE DR
PALMDALE, CA 93550

Please Return to:
Attn Home Retention Division: FWACN-HRD
4500 Amon Carter Blvd.
Fort Worth, TX 76155

## STEP RATE LOAN MODIFICATION ADDENDUM
## TO LOAN MODIFICATION AGREEMENT

The Step Rate Loan Modification Agreement Addendum (the "Addendum") is made this 7th day of January 2010, and is incorporated into and shall be deemed a part of that certain Loan Modification Agreement of even date herewith (the "Agreement") between OSMIN CHEVEZ, and BAC Home Loans Servicing, LP ("Lender"), which agreement amends and supplements that certain Mortgage, Deed of Trust or Deed to Secure Debt (the "Security Instrument").

**THIS ADDENDUM CONTAINS PROVISIONS PROVIDING FOR SCHEDULED INCREASES IN THE INTEREST RATE AND MONTHLY PAYMENT**

In consideration of the mutual promises and agreements exchanged and for good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Agreement, Security Instrument or the promissory note (the "Note"), except as specifically provided for herein):

### 1. Interest Rate and Monthly Payment Increases.

Notwithstanding anything to the contrary contained in the Note or referenced in the Agreement, the monthly principal and interest payment shall be calculated as follows:

The interest rate used to determine the monthly principal and interest payment shall change on the 1st day of February 2010 and on that day of every twelfth month thereafter (each such date, a "Change Date"), with the last such change date occurring on the 1st day of February 2014.

a) The First Change Date shall occur on the 1st day of February 2010 at which time the interest rate shall be 2.000%. The monthly principal and interest payment shall be $1,229.31 and shall be due and payable on 1st day of March 2010 and continuing thereafter on the same day of each succeeding month until 1st day of February 2012.

b) The Second Change Date shall occur on the 1st day of February 2012 at which time the interest rate shall be 3.000%. The monthly principal and interest payment shall be $1,365.31 and shall be due and payable on 1st day of March 2012 and continuing thereafter on the same day of each succeeding month until 1st day of February 2013.

c) The Third Change Date shall occur on the 1st day of February 2013 at which time the interest rate shall be 4.000%. The monthly principal and interest payment shall be $1,504.08 and shall be due and payable on 1st day of March 2013 and continuing thereafter on the same day of each succeeding month until 1st day of February 2014.

Thereafter, monthly principal and interest payment shall remain the same until such time as the principal and interest due under the Note are paid in full. If on 1st day of April 2035 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by the Agreement and this Addendum, the Borrower shall pay these amounts in full on the Maturity Date.

LENDER:
BAC Home Loans Servicing, LP

By _____

Date _____

BORROWER:

OSMIN CHEVEZ

BAC Home Loans Servicing, LP

By: _____        Dated: _____

STATE OF _____

COUNTY OF _____
On _____ Before _____
Notary Public, personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

From: Origin ID: TRLA (866) 788-8495
GEORGE CONNELL
Bank of America
2375 N. Glenville Dr.
Mail Stop: TX2-083-05-01
Richardson, TX 75082



Ship Date: 13JAN10
ActWgt: 1.0 LB
CAD: 100559173/INET9080
Account#: S ********

Delivery Address Bar Code



SHIP TO: (972) 498-2502    BILL SENDER
Scott Bryson
Bank of America
2375 N GLENVILLE DR BLDG B

RICHARDSON, TX 75082

Ref #
Invoice #
PO #
Dept #



TRK# 7982 9680 6397
0201

THU - 14JAN    A2
STANDARD OVERNIGHT

75082
TX-US
DFW

AD TRLA



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en/PrintIFrame.html    1/13/2010