| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. BISHOP AUSTIN & ASSOCIATES       Tele: 213-388-4939<br>L. Bishop Austin (SBN 175497)       Fax: 213-388-2411<br>3250 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90010<br>lbishopbk@yahoo.com<br><br>Attorney for Osmin Chavez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: OSMIN CHEVEZ | CHAPTER 7 |
|---|---|
| | CASE NUMBER 09-23771-GM |
| | DATE: 4/28/10 |
| | TIME: 1:30 PM |
| Debtor. | COURTROOM: 303 |

### *AMENDED* NOTICE OF MOTION FOR:

MOTION OF AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERY AND NOTICE OF THE OPPORTUNITY TO OBJECT

*(Specify name of Motion)*

1. TO: ALL SECURED CREDITORS

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

   **Hearing Date:** 4/28/10   **Time:** 01:30PM   **Courtroom:** 303   **Floor:**

   ☐ 255 East Temple Street, Los Angeles        ☐ 411 West Fourth Street, Santa Ana
   ☒ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 4/7/10

L. BISHOP AUSTIN & ASSOCIATES
*Law Firm Name*

By: /s/ L. Bishop Austin

Name: L. Bishop Austin
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-1.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action. My business mailing address is 3250 Wilshire Blvd., Ste 1500, Los Angeles, California 90010.

On April 7, 2010, I served the following document described as **NOTICE OF DEBTORS MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISITING SECURED LOAN FOR REAL PROPERTY AND NOTICE OF THE OPPORTUNITY TO OBJECT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Mailing List*

[ x ] **BY MAIL:** I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in Los Angeles, California, for delivery as addressed above.

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 7, 2010 at Los Angeles, California.

/s/ Brandon Fontenot
Brandon Fontenot

```
OSMIN CHEVEZ
37422 YORKSHIRE DRIVE
PALMDALE, CA 93550

L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

Chapter 7 Trustee
Amy L Goldman
221 N. Figueroa Streets,
Suite 200
Los Angeles, CA 90012

BANK OF AMERICA HOME LOANS
ATTN: SCOTT BRYSON
2375 N GLENVILLE DR.
RICHARDSON, TX. 75083

MILES, BAUER, BERGSTROM
& wINTERS
1665 SCENIC AVE., SUITE 200
COSTA MESA, CA 92626

JP CHASE HOME MORTGAGE
CT CORPORATION
818 W SEVENTH STREET
LOS ANGELES, CA 90017

WASHINGTON MUTUAL BANK
11200 W PARKLAND AVE
MILWAUKEE, WI   53201
```