**FILED & ENTERED**

**APR 26 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
San Fernando Division

IN RE:

OSMIN CHEVEZ,

Debtor(s)

) Chapter 13
) Case No. 09-23771-GM
) **CHANGES MADE BY COURT**
) **ORDER AUTHORIZING DEBTOR TO**
) **SECURE DEBT FOR THE PURPOSE OF**
) **MODIFYING THE TERMS OF AN**
) **EXISITING SECURED LOAN FOR REAL**
) **PROPERTY**

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of California,

**ORDERED**, that the Debtor(s) is/are authorized to enter into a modification of an existing secured loan agreement with Bank of America Homes Loans, LLP, Loan No: 70572870, according to the terms set out in the motion so long as Bank of America Home Loans, LLP agrees to those terms; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other existing liens(s) on the real property that is the subject of the loan modification, and it is further

**ORDERED**, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

DATED: April 26, 2010

###

_____
United States Bankruptcy Judge

– 1 –

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am over the age of 18 and not a party to the within action.  My business mailing address is

    On _____, I served the following document described as
**ORDER AUTHORIZING LOAN MODIFICATION**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Mailing List*

[ **x** ] **BY MAIL:** I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in _____, California, for delivery as addressed above.

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on _____ at Los Angeles, California.

_____

```
OSMIN CHEVEZ                         Chapter 7 Trustee
37422 YORKSHIRE DRIVE                Amy L Goldman
PALMDALE, CA 93550                   221 N. Figueroa Streets,
                                     Suite 200
L. BISHOP AUSTIN                     Los Angeles, CA 90012
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500        BANK OF AMERICA HOME LOANS
LOS ANGELES, CA 90010                ATTN: SCOTT BRYSON
                                     2375 N GLENVILLE DR.
```

1  RICHARDSON, TX. 75083

2  MILES, BAUER, BERGSTROM
3  & wINTERS
   1665 SCENIC AVE., SUITE 200
4  COSTA MESA, CA 92626

5  JP CHASE HOME MORTGAGE
6  CT CORPORATION
   818 W SEVENTH STREET
7  LOS ANGELES, CA 90017

8  WASHINGTON MUTUAL BANK
9  11200 W PARKLAND AVE
   MILWAUKEE, WI  53201

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28