Main Document Page 1 of 9

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. Bishop Austin & Associates<br>3250 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90010<br>213-388-4939 Fax: 213-388-2411<br>California State Bar Number: **175497**<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CALIFORNIA DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER **1:09-bk-23771** |
| In re<br><br>**Osmin Chevez**<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Osmin Chevez *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/18/2010.
2. I am the owner of real property[1] at the following street address:

   34722 Yorkshire Drive, Palmdale, CA 93550

   ______ (the "Property").
3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of BAC Home Loan Services LP.

   b. Second deed of trust in favor of ____ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments* **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re **Osmin Chevez** Debtor(s). | CHAPTER **13** CASE NUMBER **1:09-bk-23771** |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **BAC Home Loans** | **$1587.64** | **April 15, 2010** | **March 31, 2010** |
| | **$1592.99** | **May 15, 2010** | **April 29, 2010** |
| | **$1587.64** | **June 15, 2010** | **May 25, 2010** |
| | **$1592.99** | **July 15, 2010** | **June 23, 2010** |
| Creditor | | | |
| **BAC Home Loans** | **$1592.99** | **August 15, 2010** | **July 30, 2010** |
| | **$1592.99** | **September 15, 2010** | **September 03, 2010** |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments* **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5*

| In re **Osmin Chevez** Debtor(s). | CHAPTER **13** CASE NUMBER **1:09-bk-23771** |
|---|---|

6. Attached to this declaration are copies of the:

☐ cashier's checks, ☐ money orders, ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date **September 13, 2010** Signature **/s/ Osmin Chevez**
**Osmin Chevez**
Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: LAN Quick Collect
05/25/2010
756P EDT

MTCN: 846-338-5645

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 75
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1574.65
Charges/Cargos:
Service/Servicio: 12.99
Total: $ 1587.64

WESTERN UNION

** Special Offer Just for You! Receive 30 Gold Card BONUS points when you try a person-to-person US transfer by 06/30/10. One discount per transfer. No cash value. Just use promo code J7324-113019269. ****************************************************************************** ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

FOR CUSTOMER SERVICE, PLEASE CALL 1-800-325-6000. PARA SERVICIO DE ATENCIÓN AL CLIENTE, LLAME AL 1-800-325-4045.
WESTERN UNION FINANCIAL SERVICES, INC.
P.O. Box 4430, Bridgeton, Missouri 63044
For inquiries or comments in English, please write to / Para consultas o comentarios en español, escriba a:

WESTERN UNION PRIVACY POLICIES: Western Union may disclose your personal information to third parties as explained in Western Union's Privacy Statement; to obtain a copy, ask your [illegible]. Information disclosed may include your financial background, your contact information, your identification, information about your transactions with us and other information relating to financial matters. Recipients may include our affiliates (Orlandi Valuta and Vigo Remittance Corp.), financial institutions, retailers, our service providers, government agencies and direct marketers. You may direct us to limit certain disclosures of your information to some of these parties. You also may limit our affiliates from marketing their products or services to you based on your personal information that we collect and share with them. Your choice to limit certain disclosures, such as those that result in marketing offers from our affiliates, will apply until you tell us to change your choice or we delete your data from our systems. To limit disclosures of your information (opt out), call 1-800-562-2598.

CONSUMER FRAUD ALERT: PROTECT YOURSELF. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY, ESPECIALLY FOR INTERNET AUCTIONS, NEWSPAPER OR TELEPHONE OFFERS. Western Union does not guarantee delivery or suitability of goods or services paid for with Services. Western Union is not an escrow service provider. Customer and Receiver agree not to use Services for escrow purposes.

POLÍTICAS DE PRIVACIDAD DE WESTERN UNION: Western Union podría divulgar su información personal a terceros como se explica en la Declaración de Privacidad de Western Union; para obtener una copia, pídala a su agente de Western Union, visite www.westernunion.com, o llame al 1-800-562-2598. La información revelada puede incluir sus antecedentes financieros, su información de contacto, su identificación, información sobre las transacciones que realice con nosotros y otra información relacionada con cuestiones financieras. Entre los destinatarios de la información se incluyen nuestros afiliados (Orlandi Valuta y Vigo Remittance Corp.), instituciones financieras, comerciantes al por menor, nuestros proveedores de servicio, agencias gubernamentales y comerciantes directos. Usted puede pedirnos que se le excluya de ciertas divulgaciones de su información a algunas de estas partes. También puede limitar la información de comercialización de los productos o servicios que nuestros afiliados puedan ofrecerle, basados en la información personal suya que reunamos y les proporcionemos. Su posibilidad de limitar cierto tipo de divulgación, como la que resulte en ofrecimientos de marketing por parte de nuestros afiliados, se aplicará hasta que usted nos avise lo contrario o cuando borremos su información de nuestros sistemas. Para limitar la forma en que se revela su información (opción de exclusión), llame al 1-800-562-2598.

ALERTA CONTRA ESTAFAS: PROTÉJASE. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO, ESPECIALMENTE PARA REMATES EN INTERNET Y OFERTAS TELEFÓNICAS O EN PERIÓDICOS. Western Union no garantiza ni la entrega ni la calidad de los bienes o servicios pagados a través de los Servicios de Western Union. Western Union no presta servicios de cuentas de depósito en garantía. El Cliente y el Destinatario acuerdan que no utilizarán los Servicios para el propósito de establecer cuentas de depósito en garantía.

WESTERN UNION

Customer Receipt / Recibo del Cliente www.westernunion.com

5381887

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: HAI
06/23/2010
915P EDT

Quick Collect

MTCN: 983-448-4242

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 80
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1580.00
Charges/Cargos:
Service/Servicio: 12.99
Total: $ 1592.99

WESTERN UNION

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: IPA
07/30/2010
835P EDT

Quick Collect
MTCN: 643-376-1551

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 87
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

Amount/Cantidad: $ 1580.00
Charges/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1592.99

WESTERN UNION

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier with a simplified way to earn points and new rewards that load right onto a card! Visit www.westernunion.com/goldcard to learn more!
**********************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ____________________

Customer Signature / Firma del Cliente ____________________

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: HAI Quick Collect
09/03/2010
829P EDT
MTCN: 725-313-6550

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 94
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

Amount/Cantidad: $ 1580.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1592.99

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier with a simplified way to earn points and new rewards that load right onto a card! Visit www.westernunion.com/goldcard to learn more!
**********************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.

CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: 706
03/31/2010
329P EDT

Quick Collect
MTCN: 679-316-9192

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 65
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1574.65
Charges/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1587.64

WESTERN UNION

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! Free to upgrade and NO monthly maint, or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente ______

Customer Signature / Firma del Cliente ______

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: IPA Quick Collect
04/29/2010
336P EDT MTCN: 648-535-4571

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 70
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1580.00
[illegible]argos:
[illegible]ervicio: 12.99
[illegible]: $ 1592.99

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

WESTERN UNION PRIVACY POLICIES: Western Union may disclose your personal information to third parties as explained in Western Union's Privacy Statement; to obtain a copy, ask your Western Union Agent, visit www.westernunion.com, or call 1-800-562-2598. Information disclosed may include your financial background, your contact information, your identification, information about your transactions with us and other information relating to financial matters. Recipients may include our affiliates (Orlandi Valuta and Vigo Remittance Corp.), financial institutions, retailers, our service providers, government agencies and direct marketers. You may direct us to limit certain disclosures of your information to some of these parties. You also may limit our affiliates from marketing their products or services to you based on your personal information that we collect and share with them. Your choice to limit certain disclosures, such as those that result in marketing offers from our affiliates, will apply until you tell us to change your choice or we delete your data from our systems. To limit disclosures of your information (opt out), call 1-800-562-2598.

CONSUMER FRAUD ALERT: PROTECT YOURSELF. BE CAREFUL WHEN A STRANGER ASKS YOU TO SEND MONEY, ESPECIALLY FOR INTERNET AUCTIONS, NEWSPAPER OR TELEPHONE OFFERS. Western Union does not guarantee delivery or suitability of goods or services paid for with Services. Western Union is not an escrow service provider. Customer and Receiver agree not to use Services for escrow purposes.

POLÍTICAS DE PRIVACIDAD DE WESTERN UNION: Western Union podría divulgar su información personal a terceros como se explica en la Declaración de Privacidad de Western Union; para obtener una copia, pídala a su agente de Western Union, visite www.westernunion.com, o llame al 1-800-562-2598. La información revelada puede incluir sus antecedentes financieros, su información de contacto, su identificación, información sobre las transacciones que realice con nosotros y otra información relacionada con cuestiones financieras. Entre los destinatarios de la información se incluyen nuestros afiliados (Orlandi Valuta y Vigo Remittance Corp.), instituciones financieras, comerciantes al por menor, nuestros proveedores de servicio, agencias gubernamentales y comerciantes directos. Usted puede pedirnos que se le excluya de ciertas divulgaciones de su información a algunas de estas partes. También puede limitar la información de comercialización de los productos o servicios que nuestros afiliados puedan ofrecerle, basados en la información personal suya que reunamos y les proporcionemos. Su posibilidad de limitar cierto tipo de divulgación, como la que resulte en ofrecimientos de marketing por parte de nuestros afiliados, se aplicará hasta que usted nos avise lo contrario o cuando borremos su información de nuestros sistemas. Para limitar la forma en que se revela su información (opción de exclusión), llame al 1-800-562-2598.

ALERTA CONTRA ESTAFAS: PROTÉJASE. TENGA CUIDADO CUANDO UN DESCONOCIDO LE PIDA QUE ENVÍE DINERO, ESPECIALMENTE PARA REMATES EN INTERNET Y OFERTAS TELEFÓNICAS O EN PERIÓDICOS. Western Union no garantiza ni la entrega ni la calidad de los bienes o servicios pagados a través de los Servicios de Western Union. Western Union no presta servicios de cuentas de depósito en garantía. El Cliente y el Destinatario acuerdan que no utilizarán los Servicios para el propósito de establecer cuentas de depósito en garantía.

For inquiries or comments in English, please write to / Para consultas o comentarios en español, escriba a:
WESTERN UNION FINANCIAL SERVICES, INC.
P.O. Box 4430, Bridgeton, Missouri 63044

FOR CUSTOMER SERVICE, PLEASE CALL 1-800-325-6000. PARA SERVICIO DE ATENCIÓN AL CLIENTE, LLAME AL 1-800-325-4045.