L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939
Facsimile (213) 388-2411

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WOODLAND HILLS DIVISION

| | |
|---|---|
| In Re:<br><br>OSMIN CHEVEZ<br><br>                              Debtor | **CHAPTER 13**<br><br>**Case No. 09-bk-23771**<br><br>DECLARATION OF DEBTOR RE:<br>CHAPTER 13 TRUSTEE PAYMENTS |

I, OSMIN CHEVEZ , declare under penalty of perjury as follows:

  1.      I am the debtor in the above-captioned chapter 13 case.

  2.      On the following dates I sent a money order for $288.00 to pay the Chapter 13 Plan payment corresponding to May, June, July, August and September 2010.

  3.      On May 25, 2010, June 13, 2010, August 06, 2010, September 4, 2010.  I sent the money order in an envelope with enough stamps to Chapter 13 Trustee

  4.-     A copy of the moneys order are attached as evidence of the purchase.

  I declare under penalty of perjury under the laws of The United States of America, that the above is true and correct and if called to testify I would and could do so competently. This declaration was executed on September 13, 2010 at Los Angeles, California.

                              /s/ Osmin Chevez

1









