Case 1:09-bk-23771-GM    Doc 54    Filed 09/13/10    Entered 09/13/10 17:50:19    Desc
Main Document    Page 1 of 2

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 4 of 5

| In re | | CHAPTER 13 |
|---|---|---|
| Osmin Chevez | | |
| | Debtor(s). | CASE NUMBER 1:09-bk-23771 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

L. Bishop Austin & Associates, 3250 Wilshire Blvd, Suite 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as __Declaration Setting Forth Postpetiiton, Preconfirmation Deed of Trust Payments  And Declaration of Debtors Chapter 13 Trustee Payments__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __September 13, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 13, 2010 | B Fontenot | /s/ B Fontenot |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Osmin Chevez
37422 Yorkshire Dr
Palmdale, CA 93550


L. Bishop Austin
L. Bishop Austin & Associates
3250 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010


ADT Home Security Services
1 Towne Center Rd
Boca Raton, FL 33486


Antelope Valley Courthouse
42011 4th St West
Lancaster, CA 93534


Arrow Financial
5996 Touhy Ave
Niles, IL 60714


BAC Home Loan Servicing LP
Attn Home Retention Division
4500 Amon Carter Blvd
Fort Worth, TX 76155


BAC Home Loan Servicing, LP
POB 10219
Van Nuys, CA 91410


Chase Home Finance
POB 78420
Phoenix, AZ 85062