| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin & Associates<br>L. Bishop Austin, SBN 175497<br>3250 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90010<br>Tele: 213-388-4939<br>Fax : 213-388-2411<br><br>*Attorney for* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: OSMIN CHEVEZ | CHAPTER 13 |
|---|---|
| | CASE NUMBER 09-23771-GM |
| | DATE: 11/23/10 |
| | TIME: 01:00pm |
| Debtor. | COURTROOM: 303 |

## NOTICE OF MOTION FOR:

MOTION TO AVOID LIEN UNDER 11 U.S.C 522(f) REAL PROPERTY

*(Specify name of Motion)*

1. TO: CHASE HOME LOANS

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 11/23/10 | **Time:** 01:00pm | **Courtroom:** 303 | **Floor:** 3RD |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☒ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 10/11/10

L. Bishop Austin & Associates
*Law Firm Name*

By: _____/s/ L. Bishop Austin_____

Name: L Bishop Austin
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-1.1**

Notice of Motion (with Hearing) - *Page 2*  F 9013-1.1

| In re OSMIN CHEVEZ | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 09-23771-GM |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd, Suite 1500
Los Angeles, CA 90010

A true and correct copy of the foregoing document described as  MOTION TO AVOID LIEN REAL PROPERTY  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 10/11/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/11/10 | /s/ B Fontenot | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  F 9013-1.1

Notice of Motion (with Hearing) - *Page 3*

**F 9013-1.1**

| In re  OSMIN CHEVEZ | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 09-23771-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

BAC Home Loan Servicing, LP
POB 10219
Van Nuys, CA 91410

Chase Home Finance
POB 78420
Phoenix, AZ 95062

Washington Mutual Bank
3990 S Babcock St
Melbourne, FL 32901

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**