

FILED
DEC 28 2010

December 27, 2010

MOTION TO VOCATE DISMISSAL

I Osmin Chevez, I have filed bankruptcy under chapter 13 on October 18, 2009. I have been making a monthly payment since March 1, 2010 and the agreement dated June 14, 2010 modification to Bank of America Home Loans Servicing LP.

I have attached copies of the Chapter 13 Trustee payments which were submitted to the attorney and the attorney forwards them to trustee.
Copies of mortgage payments were sent to Bank of America via western union.

I received a check from the chapter 13 trustee for the amount that sums all of the chapter 13 payments I have made.

Therefore the bank has sent me a notice of intent to accelerate foreclosure.

At this time I am not satisfied with the way my attorney has handled my case. Which has led to the dismissal of the chapter 13 due to the payment not submitted to the trustee on time.

I feel that I have done everything that I was asked to do, in order to avoid being dismissed out of chapter 13.

At this time I am asking the court to grant me continuation of my existing chapter 13 agreement in order to avoid a foreclosure on my house.

Sincerely,

Osmin Chevez
37422 Yorkshire Drive
Palmdale, CA 93550
661-916-3682

BK #
09-23771 GM

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com DATE/AMOUNT

MoneyGram. Money Orders

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

EMPLOYEE

R1019843975377

715 (7/08) 700/14000
M 93261-P

▼DETACH HERE▼

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com DATE/AMOUNT

10327032156 06/13/2010
166 NN $288.00
85546000120001 41

MoneyGram. Money Orders

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

EMPLOYEE

R103270321561

715 (7/08) 700/14000
M 95618-Q

▼DETACH HERE▼

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com DATE/AMOUNT

BK 13
09-23771

10269123132 08/06/2010
175 YN $288.00
66712002039020 45

MoneyGram. Money Orders

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

EMPLOYEE

R102691231324

715 (7/08) 700/14000
M 94574-Q

▼DETACH HERE▼

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com DATE/AMOUNT

BK 13
09-23771

10269123131 08/06/2010
175 YN $288.00
66712002039020 45

MoneyGram. Money Orders

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

EMPLOYEE

R102691231313

715 (7/08) 700/14000
M 94574-Q

▼DETACH HERE▼

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com DATE/AMOUNT

10262716974 09/04/2010
173 NN $289.00
85546000120001 41

MoneyGram. Money Orders

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

EMPLOYEE

R102627169744

715 (7/08) 700/14000
M 94573-Q

▼DETACH HERE▼

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE www.moneygram.com DATE/AMOUNT

10266624334 10/11/2010
168 NN $289.00
85546000120001 41

Chapter 13 trustee Payment

MoneyGram. Money Orders

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

EMPLOYEE

R102666243340

715 (7/08) 700/14000
M 94573-Q

▼DETACH HERE▼

MoneyGram Money Orders

INTERNATIONAL MONEY ORDER

10/11/2010

10206624334
MONEY ORDER

PAY TO THE ORDER OF/ PAGAR A LA ORDEN DE: Chapter 13 Trustee

▽ PAY ONLY THIS AMOUNT ▽

TWO HUNDRED ****
EIGHTY-NINE ****
DOLLARS 00 CENTS

IMPORTANT! SEE BACK BEFORE CASHING

Osmin O Chevez

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR

ADDRESS: / DIRECCION: 37422 Yorkshire Dr Palmdale CA 93550

Payable Through Citizens State Bank of Clara City, MN

ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS INC

Case # 09-23771

3554620013000
34079412041695

KEEP A COPY OF THIS STUB FOR YOUR RECORDS / MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

MoneyGram. Money Orders — INTERNATIONAL MONEY ORDER

08/06/2010

10269123132
MONEY ORDER
PAY ONLY THIS AMOUNT

PAY TO THE ORDER OF:/ PAGAR A LA ORDEN DE: Chapter 13 trustee

$288.00

TWO HUNDRED ****
EIGHTY-EIGHT ***
DOLLARS 00 CENTS

IMPORTANT - SEE BACK BEFORE CASHING

Osmin Chevez BK#09-23771

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/ DIRECCIÓN: 37422 Yorkshire Dr Palmdale CA 93550

Payable Through Citizens State Bank of Clara City, Clara City, MN

ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

6671200203 9020
0646245218175132

TO AUTHENTICATE RUB CIRCLE / PARA AUTENTICAR RESTREGAR EL CIRCULO

R102691231324

---

THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

MoneyGram. Money Orders — INTERNATIONAL MONEY ORDER

08/06/2010

10269123131
MONEY ORDER
PAY ONLY THIS AMOUNT

PAY TO THE ORDER OF:/ PAGAR A LA ORDEN DE: Chapter 13 trustee

$288.00

TWO HUNDRED ****
EIGHTY-EIGHT ***
DOLLARS 00 CENTS

IMPORTANT - SEE BACK BEFORE CASHING

Osmin Chevez BK#09-23771

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/ DIRECCIÓN: 37422 Yorkshire Dr Palmdale CA 93550

Payable Through Citizens State Bank of Clara City, Clara City, MN

ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

6671200203 9020
0646245218175131

TO AUTHENTICATE RUB CIRCLE / PARA AUTENTICAR RESTREGAR EL CIRCULO

R102691231313

---

RECIBO / RECEIPT — MoneyGram Money Orders

10269123132 08/06/2010 175 $288.00 66712002039020 45 EMPLOYEE

BK 09-23771

R102691231324

RECIBO / RECEIPT — MoneyGram Money Orders

10269123131 08/06/2010 175 $288.00 66712002039020 45 EMPLOYEE

BK13 09-23771

R102691231313

KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
PLEASE READ REVERSE SIDE
DATE/AMOUNT
RECEIPT
RECIBO
10360848621
11/24/2010
EMPLOYEE
R103608486212
715 (2/10) 700/14000
M 96419-R
KEEP A COPY OF THIS STUB FOR YOUR RECORDS/ MANTENGA UNA COPIA DE ESTE RECIBO PARA SUS ARCHIVOS
DETACH HERE

11/24/2010
PAY EXACTLY
To Validate: Touch the stop sign, then watch it fade and reappear.
IMPORTANT: SEE BACK BEFORE CASHING
R103608486212

ustomer Receipt / Recibo del Cliente www.westernunion.com

PAPA C... #..
... E ...DALE BLVD
...DALE CA 93550

Oper ID: MRS
02/23/2010
325P EST

Quick Collect

MTCN: 938-513-0941

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion: SWACN-HRD

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 60
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1574.65
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1587.64

.. PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. .. time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card. .. Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! .. to upgrade and NO monthly maint. or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente ______________________

Customer Signature / Firma del Cliente ______________________

ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. EASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION S DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. HERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS ANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING THOSE TERMS AND CONDITIONS.

EMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A EDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU ANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE CARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS MINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL AR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN UNION Customer Receipt / Recibo del Cliente www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: 706 Quick Collect
03/31/2010
329P EDT MTCN: 679-316-9192

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 65
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

| | |
|---|---|
| Amount/Cantidad: | $ 1574.65 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 12.99 |
| Total/Total: | $ 1587.64 |

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card. *** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! Free to upgrade and NO monthly maint. or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

Customer Receipt / Recibo del Cliente www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: IPA Quick Collect
04/29/2010
336P EDT MTCN: 648-535-4571

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 70
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1580.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1592.99

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente ____________________

Customer Signature / Firma del Cliente ____________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE [illegible] ND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HA [illegible] HIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL [illegible] A. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE [illegible] QUE SE HA [illegible] EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIP [illegible] SE FIJARÁ CU [illegible] O RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGE ESTA TRANSACC [illegible] TABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE A [illegible] ESOS TÉRMINO [illegible]

Customer Receipt / Recibo del Cliente — www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: LAN Quick Collect
05/25/2010
756P EDT MTCN: 846-338-5645

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 75
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

| | |
|---|---|
| Amount/Cantidad: | $ 1574.65 |
| Charge(s)/Cargos: | |
| Service/Servicio: | 12.99 |
| Total/Total: | $ 1587.64 |

** Special Offer Just for You! Receive 30 Gold Card BONUS points when you try a person-to-person US transfer by 06/30/10. One discount per transfer. No cash value. Just use promo code J7324-113019269.
************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 17345948121 4.



WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: HAI
06/23/2010
915P EDT

Quick Collect

MTCN: 983-448-4242

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 80
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

| | |
|---|---|
| Amount/Cantidad: | $ 1580.00 |
| Charges/Cargos: | |
| Service/Servicio: | 12.99 |
| Total/Total: | $ 1592.99 |

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-620-8862 & enter your personal PIN: 173459401214.

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (08/08)
7439G

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: HAI
06/23/2010
915P EDT

Quick Collect

MTCN: 983-448-4242

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 80
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

Amount/Cantidad: $ 1580.00
Charges/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1592.99

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature / Firma del Agente ____________

Customer Signature / Firma del Cliente ____________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA *EXTRANJERA*. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 17245940121 4.

WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (08/08)
74390

WESTERN UNION

Customer Receipt / Recibo del Cliente

www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: IPA
07/30/2010
835P EDT

Quick Collect
MTCN: 643-376-1551

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 87
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

Amount/Cantidad: $ 1580.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1592.99

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier with a simplified way to earn points and new rewards that load right onto a card! Visit www.westernunion.com/goldcard to learn more!
*************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ______________________

Customer Signature / Firma del Cliente ______________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 17345948l214.

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (06/08)
7439G

Customer Receipt / Recibo del Cliente www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: HAI Quick Collect
09/03/2010
829P EDT MTCN: 725-313-6550

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 94
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

Amount/Cantidad: $ 1580.00
Charge(s)/Cargos:
Service/Servicio: 12.99
Total/Total: $ 1592.99

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier with a simplified way to earn points and new rewards that load right onto a card! Visit www.westernunion.com/goldcard to learn more!
***************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ______

Customer Signature / Firma del Cliente ______

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.

CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION [illegible] GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO [illegible]. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA [illegible] Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ [illegible] BA LOS FONDOS.

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS [illegible] CONDICIONES.

[illegible]

[illegible] CHEVEZ

[illegible]

[illegible] CHANGES TO YOUR GOLD CARD PROGRAM [illegible]

[illegible]

Agent Signature / Firma del Agente

Customer Signature [illegible]

[illegible]

TERMS AND CONDITIONS

[illegible]

WESTERN UNION

**Customer Receipt / Recibo del Cliente**

www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: CVL
11/02/2010
317P EDT

Prepaid Services/Payments
MTCN: 431-356-6714

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 108
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

Amount/Cantidad: $ 1580.00
[illegible]/Cargos:
Service/Servicio: 12.99
Total: $ 1592.99

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier with a simplified way to earn points and new rewards that load right onto a card! Visit www.westernunion.com/goldcard to learn more!
********************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente ____________________

Customer Signature / Firma del Cliente ____________________

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-620-8060 & enter your personal PIN: 173459431214

WESTERN UNION

© 2004-2007 Western Union Holdings, Inc. All Rights Reserved. Derechos Reservados.

DRCCTSHTB (06/10)
7680G

WESTERN UNION

**Customer Receipt / Recibo del Cliente** www.westernunion.com

CA CHECK CASHING #732
803 E PALMDALE BLVD
PALMDALE CA 93550

Oper ID: LDM Prepaid Services/Payments
12/04/2010
407P EST
MTCN: 644-283-3445

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU : 115
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

Amount/Cantidad: $ 1580.00
Charges/Cargos:
Service/Servicio: 12.99
Total: $ 1592.99

Need the perfect holiday gift? Send cash! $50 to anyone in U.S. for just $5. Or, send worldwide! It's easy. It's fast. They'll LOVE it! Make a difference too. Go to 50daysofgiving.com and vote for a charity to receive $150,000!
**********************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card. Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente

Customer Signature / Firma del Cliente

**IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.**

**ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.**

Main Document Page 17 of 17

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as Motion to Vocate Dismissal

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ____________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12-28-2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12-28-2010 | OSMIN CHEVEZ | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**