# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

**FILED & ENTERED**

**DEC 29 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogier    DEPUTY CLERK

In re:

Osmin Chevez,

Debtor(s).

Case No: 1:09-bk-23771-GM

Chapter: 13

**ORDER GRANTING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL ENTERED ON DECEMBER 3, 2010 AND ORDER THAT DEBTOR APPEAR AT CONTINUED CONFIRMATION HEARING ON JANUARY 24, 2011 AT 1:30 P.M. IN COURTROOM 303**

**Continued Confirmation Hearing:**
Date: January 24, 2011
Time: 1:30 p.m.
Location: Courtroom 303
21041 Burbank Blvd.
Woodland Hills, CA 91376

On December 28, 2010 debtor Osmin Chevez filed a motion to vacate the order of dismissal entered on December 3, 2010 for dismissal at the confirmation hearing on November 23, 2010 at 1:30 p.m.

The Court has reviewed the motion to vacate filed by the debtor.

The debtor's motion to vacate the order of dismissal entered on December 3, 2010 is **GRANTED** and the Chapter 13 bankruptcy case is reinstated for all further case administration.

The Chapter 13 confirmation hearing is continued to Monday January 24, 2011 at 1:30 p.m. in Courtroom 303.

Debtor Osmin Chevez is ordered to appear at the continued confirmation hearing on Monday January 24, 2011 at 1:30 p.m. to answer further questions of the court.

Failure of the debtor to appear at the continued confirmation hearing on Monday January 24, 2011 at 1:30 p.m. may be grounds to dismiss the Chapter 13 bankruptcy case.

- 1

Any act by a creditor or other party during the gap period, between when the bankruptcy case was dismissed and reinstated, shall not constitute grounds for an action for violation of the automatic stay under 11 U.S.C. §362.

###

DATED: December 29, 2010

United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL ENTERED ON DECEMBER 3, 2010 AND ORDER THAT DEBTOR APPEAR AT CONTINUED CONFIRMATION HEARING ON JANUARY 24, 2011 AT 1:30 P.M. IN COURTROOM 303** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Leroy Bishop Austin** Email: lbishopbk@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Osmin Chevez**
37422 Yorkshire Dr
Palmdale, CA 93550

**Elizabeth F Rojas**
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| | |

Category III (To be served by the lodging party).