| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin, SBN 175497<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>Tel: 213-388-4939<br>Fax: 213-388-2411<br>Email: lbishopbk@yahoo.com<br><br>☒ Attorney for _Debtor_<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:09-bk-23771-GM |
|---|---|
| In re Osmin Chevez<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Osmin Chevez _____ (Debtor's name), hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/18/09 _____.

2. I am the owner of real property[1] at the following street address:

   34722 Yorkshire Drive, Palmdale, CA 93550 _____

   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of BAC Home Loans Servicing LP _____.

   b. Second deed of trust in favor of Chase Home Loans - Motion to avoid lien _____ (if applicable).

   c. Third deed of trust in favor of WAMU - Motion to avoid lien _____ (if applicable).

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.4

Case 1:09-bk-23771-GM    Doc 79    Filed 01/22/11    Entered 01/22/11 15:15:47    Desc
Main Document    Page 2 of 18

Declaration Setting Forth Postpetition Precofirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re Osmin Chevez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23771-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans | $1,574.65 | 03/15/2010 | 02/23/10 |
|  | $1,587.64 | 4/15/10 | 03/31/10 |
|  | $1,592.99 | 5/15/10 | 04/29/10 |
| Creditor | $1,587.64 | 6/15/10 | 5/25/10 |
| BAC Home Loans | $1,592.99 | 7/15/10 | 6/23/10 |
|  | $1,592.99 | 8/15/10 | 7/30/10 |
|  | $1,592.99 | 9/15/10 | 9/3/10 |
| Creditor | $1,592.99 | 10/15/10 | 10/2/10 |
| BAC Home Loans | $1,592.99 | 11/15/10 | 11/2/10 |
|  | $1,592.99 | 12/15/10 | 12/4/10 |
|  | $1,592.99 | 1/15/11 | 1/6/10 |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Declaration Setting Forth Post-Petition Pre-confirmation Deed of Trust Payments   F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5*

| In re Osmin Chevez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23771-GM |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☒ money orders,   ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/21/10                                    /s/ Osmin Chevez
                                                  *Debtor*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 3015-1.4

| In re Osmin Chevez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-23771-GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as <u>Declaration Setting Forth Pospetition Preconfirmation Deed of Trust payments</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>1/21/11</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Chapter 13 Trustee
ELizabth Rojas
15060 Ventura Blvd., Ste 240
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/21/11 | L. Bishop Austin | /s/ L. Bishop Austin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

```
PAPA CASH #32                        Oper ID: MRS   Quick Collect
803 E PALMDALE BLVD                  02/23/2010
PALMDALE CA 93550                    325P EST       MTCN: 938-513-0941
```

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion: SWACN-HRD

Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU        : 60
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

```
                          Amount/Cantidad:    $ 1574.65
                          Charge(s)/Cargos:
                          Service/Servicio:      12.99
                          Total/Total:        $ 1587.64
```

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card. ** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card! Free to upgrade and NO monthly maint. or purchase transaction fees. Sign up today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature /
Firma del Agente _____

Customer Signature /
Firma del Cliente _____

ADDITION TO THE TOTAL ... [illegible fine print] ... TRANSACTION AND THE SERVICES ... TO THOSE TERMS AND CONDITIONS.

DEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

**WESTERN UNION**     Customer Receipt / Recibo del Cliente     www.westernunion.com

```
CA CHECK CASHING #732              Oper ID: 706  Quick Collect
803 E PALMDALE BLVD                03/31/2010
PALMDALE CA 93550                  329P EDT       MTCN  679-316-9192

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta: 907198211
Total WU Card Points/Total puntos en tarjeta WU      : 65
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

                            Amount/Cantidad:      $ 1574.65
                            Charges/Cargos:
                            Service/Servicio:        12.99
                            Total/Total:         $ 1587.64
```

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card
feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees.
Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.
*** Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card!
Free to upgrade and NO monthly maint. or purchase transaction fees. Sign up
today at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature / Firma del Agente _____
Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

```
CA CHECK CASHING #732              Oper ID: IPA    Quick Collect
803 E PALMDALE BLVD                04/29/2010
PALMDALE CA 93550                  336P EDT         MTCN: 648-535-4571

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU          : 70
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

                              Amount/Cantidad:    $ 1580.00
                              Charges/Cargos:
                              Service/Servicio:      12.99
                              Total/Total:       $ 1592.99
```

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature /                       Customer Signature /
Firma del Agente                        Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, YOUR CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER PICKS UP THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

```
:A CHECK CASHING #732            Oper ID: LAN    Quick Collect
)03 E PALMDALE BLVD              05/25/2010
)ALMDALE CA 93550                756P EDT       MTCN: 846-338-5645

;ender/Remitente: OSMIN CHEVEZ
:eceiver/Destinatario: COUNTRYWIDE HOME LOANS

:ode City/Codigo de la ciudad: COUNTRYWIDE TX
:ccount #/Numero de cuenta: 070572 (Partial/Parcial)
:eference #/Numero de referencia:
:ttn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
'otal WU Card Points/Total puntos en tarjeta WU      : 75
:ssigned WU Card Points/Puntos asignados a la tarjeta WU : 5

                                Amount/Cantidad:  $ 1574.65
                                Charge(s)/Cargos:
                                Service/Servicio:     12.99
                                Total/Total:      $ 1587.64
```

** Special Offer Just for You! Receive 30 Gold Card BONUS points when
you try a person-to-person US transfer by 06/30/10. One discount per
transfer. No cash value. Just use promo code J7324-113019269.
****************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature /                       Customer Signature /
Firma del Agente                        Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
THERE WILL BE NO CURRENCY EXCHANGE IF YOU HAVE SELECTED A SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.


YOU EARNED 3 (INT'L) OR 10 (US) MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-628-8862 & enter your personal PIN: 173459481214.



**WESTERN UNION**

Customer Receipt / Recibo del Cliente    www.westernunion.com

5381887

```
CA CHECK CASHING #732              Oper ID: HAI    Quick Collect
803 E PALMDALE BLVD                06/23/2010
PALMDALE CA 93550                  915P EDT        MTCN: 983-448-4242

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU         : 80
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 5

                              Amount/Cantidad:    $ 1580.00
                              Charge(s)/Cargos:
                              Service/Servicio:       12.99
                              Total/Total:       $ 1592.99
```

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9c/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

**WESTERN UNION** — Customer Receipt / Recibo del Cliente — www.westernunion.com

```
CA CHECK CASHING #732              Oper ID: IPA    Quick Collect
803 E PALMDALE BLVD                07/30/2010
PALMDALE CA 93550                  835P EDT        MTCN: 643-376-1551

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: COUNTRYWIDE TX
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU       : 87
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

                          Amount/Cantidad:      $ 1580.00
                          Charge(s)/Cargos:
                          Service/Servicio:         12.99
                          Total/Total:          $ 1592.99
```

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier
with a simplified way to earn points and new rewards that load right
onto a card! Visit www.westernunion.com/goldcard to learn more!
*********************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente _____    Customer Signature / Firma del Cliente _____

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

```
CA CHECK CASHING #722              Oper ID: HAI    Quick Collect
803 E PALMDALE BLVD                09/03/2010
PALMDALE CA 93550                  829P EDT        MTCN: 725-313-6550

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 07057E (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU          : 94
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

                                   Amount/Cantidad:   $ 1580.00
                                   Charge(s)/Cargos:
                                       Service/Servicio:   12.99
                                       Total/Total:    $ 1592.99
```

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier
with a simplified way to earn points and new rewards that load right
into a card! Visit www.westernunion.com/goldcard to learn more!
*********************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature /                        Customer Signature /
Firma del Agente                         Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID AND THE EXCHANGE RATE WILL BE SHOWN ON RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE
SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL
REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

```
CA CHECK CASHING #732              Oper ID: BSV    Quick Collect
803 E PALMDALE BLVD                10/02/2010
PALMDALE CA 93550                  116P EDT        MTCN: 306-410-3220

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU        : 101
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

                        Amount/Cantidad:    $ 1580.00
                        Charge(s)/Cargos:
                        Service/Servicio:      12.99
                        Total/Total:        $ 1592.99
```

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier
with a simplified way to earn points and new rewards that load right
into a card! Visit www.westernunion.com/goldcard to learn more!
*************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente          Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER PICKS UP THE FUNDS. SOME TERMS AND CONDITIONS GOVERNING THIS
TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING
TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS
TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL
FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-520-8862 & enter your personal PIN: 17345981214.



# Send a PAYMENT via Quick Collect®
## Para enviar un pago por Quick Collect®

**WESTERN UNION**



**Western Union® Gold Card or phone number**
Número de Tarjeta Dorada de Western Union® o teléfono
# ____ OR ( ) ____

Gold Card Members: Fill out yellow shaded areas only
Titulares de la Tarjeta Dorada: Completar los recuadros amarillos únicamente

**Agent Use Only** / Sólo Para Uso del Agente
Money Transfer Control Number
Número de Control de Envío de Dinero (MTCN)

## 1 Payment Information / Información del Pago

**Dollar Amount / Cantidad en Dólares:** $1,580.00

**Pay to / Páguese a:** Bank of America Home loans

**Company Name / Nombre de la Compañía:**

**Code City / Código de Ciudad:** Drake

**Attention / Atención:** Modification loan payment

**Reference # / # de Referencia:**

## 2 Sender Information / Información del Remitente

**First Name / Primer Nombre:** Osmin
**Last Name / Apellido Paterno:** Chevez

**Account # with Company / # de Cuenta con la Compañía:** 070572870

**Phone / Teléfono:** 661 2658891
**Mobile Phone / Teléfono Celular:** 661 916 3682

**Email:** chevez07@gmail.com

**Street / Calle y Número:** 37422 Yorkshire Dr
**Apt # / Apto:**

**City / Ciudad:** Palmdate
**State / Estado:** CA
**Zip / Código Postal:** 93550

### Amount / Cantidad: $1,580—
### Fee / Cargo: $12.99
### Other Fee(s) / Otros Cargos: $
### Tax / Impuestos: $
### Total Amount Collected / Cantidad Total: =$1592.99

**Exchange Rate / Tipo de Cambio:**
**Amount to be Paid / Cantidad a Pagar:**

## 3 Consumer Signature / Firma del Cliente
X *[signature]*

¹ IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. • IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. • ² When sending $1,000 or more, the sender must provide identification and additional information. Dollar amount must not exceed US $5,000. • Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions.

¹ ADEMÁS DEL CARGO POR EL ENVÍO, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDAS. • CUANDO EL TIPO DE CAMBIO PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICARÁN EN EL RECIBO DEL CLIENTE. EN CASO CONTRARIO, EL TIPO DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. • ² Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporcionar un documento de identidad y otros datos adicionales. El monto en dólares no debe exceder US $5,000. • Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los documentos anexos. La firma de este recibo es válida como expresión de consentimiento con tales términos y condiciones.

| Date / Fecha | Time / Hora | Agent's Signature / Firma del Agente |

**Customer Copy**       QFMQCDOMB 04/08

**WESTERN UNION**  Customer Receipt / Recibo del Cliente  www.westernunion.com

```
A CHECK CASHING #732              Oper ID: CVL    Prepaid Services/Payments
303 E PALMDALE BLVD               11/02/2010
PALMDALE CA 93550                 317P EDT        MTCN: 431-356-6714

Sender/Remitente:   OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU            : 108
Assigned WU Card Points/Puntos asignados a la tarjeta WU   : 7

                                   Amount/Cantidad:    $ 1580.00
                                   Charge(s)/Cargos:
                                   Service/Servicio:       12.99
                                   Total/Total:        $ 1592.99
```

EXCITING CHANGES TO YOUR GOLD CARD PROGRAM! We'll make it even easier
with a simplified way to earn points and new rewards that load right
into a card! Visit www.westernunion.com/goldcard to learn more!
**************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature /                        Customer Signature /
Firma del Agente                         Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY.
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
IS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT.
OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE
SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIO EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL
REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 MINUTES OF PHONE TIME! Your time is
loaded directly on your card. Calling instructions are on the card
back, or dial 888-628-8862 & enter your personal PIN: 17345981214.



**WESTERN UNION**  
Customer Receipt / Recibo del Cliente  
www.westernunion.com

```
CA CHECK CASHING #732              Oper ID: LDM    Prepaid Services/Payments
303 E PALMDALE BLVD                12/04/2010
PALMDALE CA 93550                  407P EST        MTCN: 644-283-3445

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU           : 115
Assigned WU Card Points/Puntos asignados a la tarjeta WU  : 7

                                    Amount/Cantidad:    $ 1580.00
                                    Charges/Cargos:
                                    Service/Servicio:      12.99
                                    Total/Total:        $ 1592.99
```

Need the perfect holiday gift? Send cash! $50 to anyone in U.S. for just $5
or, send worldwide! It's easy. It's fast. They'll LOVE it! Make a difference
too. Go to 50daysofgiving.com and vote for a charity to receive $150,000!
*************************************************************************
ADD PHONE TIME! Gold Card acts as a rechargeable LONG DISTANCE phone card.
Add time using cash at an Agent. Call 888-520-7924 to use credit/debit card.

Agent Signature / Firma del Agente  
Customer Signature / Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARA EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARA CUANDO EL DESTINATARIO RECIBA LOS FONDOS. ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTA DE ACUERDO CON ESOS TERMINOS Y CONDICIONES.

# Send a PAYMENT via Quick Collect® / Para enviar un pago por Quick Collect® — WESTERN UNION

**Western Union® Gold Card or phone number**
# _____ OR ( _____ ) _____

**Gold Card Members: Fill out yellow shaded areas only**

**Agent Use Only**
Money Transfer Control Number: 1044283394

## 1. Payment Information

- Dollar Amount: **$1,580.00**
- Pay to: **Bank of America Home loans**
- Code City: **DRAKE**
- Attention: **Modification Payment**
- Reference #:

Amount: $1580
Fee: 12.99
Total Amount Collected: $1592.99
Amount to be Paid: 1580

## 2. Sender Information

- First Name: **OSMIN**
- Last Name: **CHEVEZ**
- Account # with Company: **070572870**
- Phone: **661 2658891**
- Mobile Phone: **661 9163682**
- Email: **CHEVEZ07@gmail.com**
- Street: **37422 Yorkshire Dr**
- City: **Palmdale**
- State: **CA**
- Zip: **93550**

## 3. Consumer Signature

X _[signed]_

Date: 12/21/10
Time: _____
Agent's Signature: _[signed]_

Customer Copy        QFMQCDOMB 04/08

**WESTERN UNION**   Customer Receipt / Recibo del Cliente   www.westernunion.com

```
CA CHECK CASHING #732              Oper ID: IPA    Prepaid Services/Payments
803 E PALMDALE BLVD                01/06/2011
PALMDALE CA 93550                  800P EST        MTCN: 215-190-5521

Sender/Remitente:     OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion:


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU          : 122
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

                          Amount/Cantidad:      $ 1580.00
                          Cargos:
                          Servicio:                12.99
                                                $ 1592.99
```

ADD PHONE TIME! Your Gold Card has a rechargeable LONG DISTANCE phone card feature. Rates as low as 3.9¢/minute within continental U.S. No hidden fees. Add time with cash at Agent. Call 1-888-520-7924 to use a credit/debit card.

Agent Signature /                      Customer Signature /
Firma del Agente                       Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.
CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERSE SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.
ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA SU TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO SE INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.
ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS AL REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

YOU EARNED 3 MINUTES OF PHONE TIME! Your time is loaded directly on your card. Calling instructions are on the card back, or dial 888-628-8862 & enter your personal PIN: 17345941214.



# PAYMENTS
## Quick Collect® Pagos

**WESTERN UNION**

### 1. Payment Information / Información de Pago

**Send Amount (Dollars) / Cantidad a Enviar (Dólares):** $ $1,580.00

**Pay To / Paguese a:** Bank of America Home Loans

Have a Gold Card? You don't need a form! Just speak with the Agent.
¿Tiene una Tarjeta Dorada? Entonces, no necesita llenar el formulario. Sólo vaya donde el agente.

**Account Number / Número de Cuenta:** 070572870

**Code City (if applicable) / Código de la Ciudad (si procede):** DRAKE

**Attention (if applicable) / Atención (si procede):** Modification Mortgage Payment

### 2. Your Information / Su Información

**Your First Name / Su Nombre:** OSMIN

**Your Last Name / Su Apellido:** CHEVEZ

**Street Address with Apt # / Calle y Número con Apto:** 37422 Yorkshire Dr

**City / Ciudad:** Palmdale **State / Estado:** CA **Zip / Código Postal:** 93550

**Email:** chevez07@gmail.com

**Mobile Phone / Teléfono Celular:** (661) 916-3682 **Other Phone / Teléfono Otro:** (661) 265-8891

*By completing, you authorize us to text you special offers/messages; you may revoke this authorization at any time. Standard message and data rates may apply. Reply **STOP** to stop. Reply **HELP** for help. / *Si completa, usted nos autoriza a enviarle mensajes de texto con ofertas especiales y otro tipo de mensajes; usted puede revocar esta autorización en cualquier momento. Tarifas estándares de mensajes y datos se pueden aplicar. Para bloquear mensajes conteste **STOP**. Conteste **HELP** para obtener ayuda.

### 3. Your Signature / Su Firma

[signature]

Certain terms and conditions governing this transaction and the services you have selected are set forth on the attached pages. By signing this receipt, you are agreeing to those terms and conditions. Algunos de los términos y condiciones que rigen la transacción y los servicios escogidos se establecen en los documentos anexos. La firma de este recibo es válida como expresión de consentimiento con tales términos y condiciones.

### You can use this form to pay: / Usted puede utilizar esta forma para pagar:

- Utilities / Servicios
- Government / Pagos al Gobierno
- Phone/Mobile / Teléfono/Celular
- Insurance / Aseguranza
- Auto / Automóvil
- Mortgage/Rent / Renta/Hipoteca
- Cable/Satellite / Cable/Satélite
- Other Payments / Otros Pagos
- Credit Cards / Tarjetas de Crédito

'IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY. PLEASE SEE ATTACHED PAGES FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS. When sending $1,000 or more, the sender must provide identification and additional information. / 'ADEMÁS DEL CARGO POR EL ENVÍO, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES A MONEDA EXTRANJERA. CONSULTE LOS DOCUMENTOS ANEXOS PARA OBTENER MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDAS CUANDO EL TIPO DE CAMBIO PARA LA TRANSACCIÓN SE HAYA FIJADO AL MOMENTO DE ENVIAR EL DINERO, LA MONEDA DE PAGO Y EL TIPO DE CAMBIO APLICADO SE INDICARÁN EN EL RECIBO DEL CLIENTE. EN CASO CONTRARIO, EL TIPO DE CAMBIO SE ESTABLECERÁ CUANDO EL DESTINATARIO COBRE EL DINERO. Para enviar una cantidad mayor o igual a $1,000, el remitente deberá proporcionar un documento de identidad y otros datos adicionales.

### AGENT USE ONLY / Solo Para Uso del Agente

| Money Transfer Control No. / No. de Control de Envío de Dinero (MTCN) | Amount / Cantidad | Transfer Fee / Cargo por el Envío | Other Fee / Otros Cargos | Tax / Impuestos | Total Collected / Cantidad Total | Exchange Rate / Tipo de Cambio | Amount to be Paid / Cantidad a pagar |
|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | | | |

Customer Copy / Copia del Cliente   QFMBLLPYB (05/10)   Agent Signature / Firma del Agente _____   Date / Fecha __/__/__