L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| | |
|---|---|
| In Re:<br><br>OSMIN CHEVEZ<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 1:09-BK-23771-GM<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, OSMIN CHEVEZ am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On the following dates, I have purchase and sent the Chapter 13 Plan payments to my Chapter 13 Trustee **ELIZABETH ROJAS** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.**

| Amount | Purchased |
|---|---|
| $ 288.00 | 5/25/2010 |
| $ 288.00 | 6/13/2010 |
| $ 288.00 | 8/6/2010 |
| $ 288.00 | 8/6/2010 |
| $ 289.00 | 9/4/2010 |
| $ 289.00 | 10/11/2010 |
| $ 289.00 | 11/24/2010 |
| $ 288.00 | 1/7/2011 |
| $ 288.00 | 1/7/2011 |

See attached copy of the money order(s). There are 9 payments made. For May 2010 to January 2011. If any of those payments are not received by the Trustee, I will tender the money order(s) at the Confirmation hearing schedule for January 24, 2011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 01/21/2011                                    /s/ Osmin Chevez   .
                                                                    Debtor

1








