L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

| In Re:<br><br>OSMIN CHEVEZ<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 1:09-BK-23771-GM<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
|---|---|

I, OSMIN CHEVEZ am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On the following dates, I have purchase and sent the Chapter 13 Plan payments to my Chapter 13 Trustee ELIZABETH ROJAS to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.**

| Amount | Purchased |
|---|---|
| $ 288.00 | 5/25/2010 |
| $ 288.00 | 6/13/2010 |
| $ 288.00 | 8/6/2010 |
| $ 288.00 | 8/6/2010 |
| $ 289.00 | 9/4/2010 |
| $ 289.00 | 10/11/2010 |
| $ 289.00 | 11/24/2010 |
| $ 288.00 | 1/7/2011 |
| $ 288.00 | 1/7/2011 |
| $288.00 | 02/28/2011 |
| $288.00 | 04/22/2011 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 04/25/11

_/s/ Osmin Chevez_
Debtor

1

**WESTERN UNION**

Customer Receipt / Recibo del Cliente          www.westernunion.com

```
CA CHECK CASHING #732              Oper ID: 706   Prepaid Services/Payments
803 E PALMDALE BLVD                04/15/2011
PALMDALE CA 93550                  919P EDT       MTCN: 736-446-5378

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion: HOME MODIFICATION DEP


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU      : 143
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

                              Amount/Cantidad:   $ 1580.00
                              Charge(s)/Cargos:
                              Service/Servicio:      12.99
                              Total/Total:       $ 1592.99
```



MoneyGram Money Orders — INTERNATIONAL MONEY ORDER

MONEY ORDER NUMBER R1040 41447345

PAY TO THE ORDER OF: Chapter 13 Trustee

04/22/2011
10404144734
MONEY ORDER
PAY EXACTLY **$289.00**
TWO HUNDRED EIGHTY-NINE **** DOLLARS 00 CENTS

ADDRESS: 37422 Yorkshire Dr Palmdale CA 93550

Payable Through Citizens Alliance Bank, Clara City, MN
ISSUER/DRAWER: MONEYGRAM PAYMENT SYSTEMS, INC.

⑈091916187⑈ 1040 41447345⑈ 90

CH13
#09-23771