L. Bishop Austin, SBN 175497
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: 213-388-4939
Fax: 213-388-2411
Email: lbishopbk@yahoo.com

[X] Attorney for Debtor
[ ] Pro Se Debtor

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 1:09-bk-23771-GM |
|---|---|
| In re Osmin Chevez<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Osmin Chevez _____ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/18/09.

2. I am the owner of real property[1] at the following street address:

   34722 Yorkshire Drive, Palmdale, CA 93550
   
   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of BAC Home Loans Servicing LP
   
   b. Second deed of trust in favor of Chase Home Loans - Motion to avoid lien _____ *(if applicable)*.
   
   c. Third deed of trust in favor of WAMU - Motion to avoid lien _____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

| In re Osmin Chevez | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:09-bk-23771-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| BAC Home Loans | $1,574.65 | 03/15/2010 | 02/23/10 |
| | $1,587.64 | 4/15/10 | 03/31/10 |
| | $1,592.99 | 5/15/10 | 04/29/10 |
| | $1,587.64 | 6/15/10 | 5/25/10 |
| | $1,592.99 | 7/15/10 | 6/23/10 |
| | $1,592.99 | 8/15/10 | 7/30/10 |
| | $1,592.99 | 9/15/10 | 9/3/10 |
| | $1,592.99 | 10/15/10 | 10/2/10 |
| | $1,592.99 | 11/15/10 | 11/2/10 |
| | $1,592.99 | 12/15/10 | 12/4/10 |
| | $1,592.99 | 1/15/11 | 1/6/10 |
| | $1,580.00 | 02/15/2011 | 02/15/2011 |
| | $1,580.00 | 03/05/2011 | 03/05/2011 |
| | ** $1,580.0 | 04/15/2011 | 04/15/2011 *** |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

| In re Osmin Chevez | CHAPTER 13 |
|---|---|
| | Debtor(s). CASE NUMBER 1:09-bk-23771-GM |

6. Attached to this declaration are copies of the:

   [x] cashier's checks,   [x] money orders,   [ ] certified funds, or

   [x] other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   [ ] U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   [ ] acknowledgment(s) signed by the Creditor's representative, or

   [x] other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/25/11

/s/ Osmin Chevez
Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

**WESTERN UNION**  Customer Receipt / Recibo del Cliente  www.westernunion.com

```
CA CHECK CASHING #732              Oper ID: 706   Prepaid Services/Payments
803 E PALMDALE BLVD                04/15/2011
PALMDALE CA 93550                  919P EDT       MTCN: 736-446-5378

Sender/Remitente: OSMIN CHEVEZ
Receiver/Destinatario: COUNTRYWIDE HOME LOANS

Code City/Codigo de la ciudad: DRAKE CA
Account #/Numero de cuenta: 070572 (Partial/Parcial)
Reference #/Numero de referencia:
Attn/Atencion: HOME MODIFICATION DEP


Western Union Card Number / Numero de Tarjeta 907198211
Total WU Card Points/Total puntos en tarjeta WU          : 143
Assigned WU Card Points/Puntos asignados a la tarjeta WU : 7

                                   Amount/Cantidad:   $ 1580.00
                                   Charges/Cargos:
                                   Service/Servicio:       12.99
                                   Total/Total:       $ 1592.99
```



CH13
# 09-23771.